**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel: (661)616-2141
Fax: (661)322-7675
Email: monica@lawbermudez.com

Attorney for:
Samantha Booth

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMANTHA BOOTH<br><br>　　　　Defendant | Case No.: 1:20-CR-00238-NONE-SKO<br><br>**DEFENDANTS REQUEST FOR WAIVER OF APPEARANCE AND ORDER THEREON** |

Defendant, SAMANTHA BOOTH, hereby waives her appearance in person in open court upon the motion to supress set for Friday, November 19, 2021 of the above-entitled court.  Defendant hereby requests the court to proceed in her absence and agrees that her interest will be deemed represented at said hearing by the presence of his attorney, MONICA L. BERMUDEZ. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date:   November 18, 2021                                  */s/Samantha Booth*　　
　　　　　　　　　　　　　　　　　　　　　　　　　　Samantha Booth


Date: November 18, 2021                                    */s/Monica L. Bermudez*　　
　　　　　　　　　　　　　　　　　　　　　　　　　　MONICA L. BERMUDEZ
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant, SAMANTHA BOOTH is hereby excused from appearing at this court hearing scheduled for Friday, November 19, 2021.

IT IS SO ORDERED.

Dated:   **November 18, 2021**          *Dale A. Drozd*
                                     UNITED STATES DISTRICT JUDGE