**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel: (661)616-2141
Fax: (661)322-7675
Email: monica@lawbermudez.com

Attorney for:
Samantha Booth

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMANTHA BOOTH<br><br>Defendant | Case No.: 1:20-CR-00238-JLT-SKO-7<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, SAMANTHA BOOTH, hereby waives his/her appearance in person in open court upon the STATUS CONFERENCE set for MARCH 15, 2023, at 1:00 p.m in Courtroom 7 of the above entitle court.  Defendant hereby requests the court to proceed in his/her absence and agrees that his/her interest will be deemed represented at said hearing by the presence of his/her attorney, MONICA L. BERMUDEZ.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date:   March 10, 2023                                              */s/Samantha Booth*
                                                                                    SAMANTHA BOOTH


Date: March 10, 2023                                              */s/Monica L. Bermudez*
                                                                                    MONICA L. BERMUDEZ
                                                                                    Attorney for Defendant

DEFENDANTS REQUEST AND WAIVER OF APPEARANCE - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant, SAMANTHA BOOTH is hereby excused from appearing at this court hearing scheduled for MARCH 15, 2023.

IT IS SO ORDERED.

DATED: 3/13/2023

*Sheila K. Oberto*
JUDGE SHEILA K. OBERTO