**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel: (661)616-2141
Fax: (661)322-7675
Email: monica@lawbermudez.com

Attorney for:
Samantha Booth

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMANTHA BOOTH<br><br>Defendant | Case No.: 1:20-CR-00238-JLT-SKO-7<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, SAMANTHA BOOTH, hereby waives his/her appearance in person in open court upon the STATUS CONFERENCE set for MAY 17, 2023, at 1:00 p.m in Courtroom 7 of the above entitle court.  Defendant hereby requests the court to proceed in his/her absence and agrees that his/her interest will be deemed represented at said hearing by the presence of his/her attorney, MONICA L. BERMUDEZ.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.


Date: May 16, 2023                                  */s/Samantha Booth*_____
                                                    SAMANTHA BOOTH


Date: May 16, 2023                                  */s/Monica L. Bermudez*_____
                                                    MONICA L. BERMUDEZ
                                                    Attorney for Defendant

DEFENDANTS REQUEST AND WAIVER OF APPEARANCE - 1

**ORDER**

A superseding indictment was filed on May 11, 2023, and set for hearing on May 17, 2023, at 2:00 p.m.  The status conference in this case was continued from 1:00 p.m. to 2:00 p.m. on May 17, 2023.

Defendant SAMANTHA BOOTH shall appear at the May 17, 2023, hearing at 2:00 p.m. The request for waiver of appearance on May 17, 2023, is hereby DENIED.

IT IS SO ORDERED.

Dated:  **May 16, 2023**                                        /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE