PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br>v. <br><br>SAMANTHA BOOTH, <br><br>Defendant. | CASE NO. 1:20-CR-00238-JLT-SKO <br><br>STIPULATION TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on August 30, 2023.

2. By this stipulation, defendant now moves to schedule a change of plea hearing on November 13, 2023. The parties therefore move to have the change of plea hearing scheduled for November 13, 2023, at 10:00 a.m., and to exclude time as to defendant Booth through that date for the reasons set forth below.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties plan on entering into a plea agreement.

   b) Counsel for defendant desires the status conference date be vacated so that a change of plea hearing can be set in order to facilitate a resolution in this matter.

   c) The government does not object to the continuance.

STIPULATION                                       1

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 29, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: August 29, 2023

/s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant
SAMANTHA BOOTH

**ORDER**

IT IS SO ORDERED.

DATED: 8/29/23

_Sheila K. Oberto_
U.S. MAGISTRATE JUDGE, SHEILA K. OBERTO

STIPULATION                                      2