MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Samantha Booth

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>SAMANTHA BOOTH ,<br><br>            Defendant. | CASE NO. 1:20-cr-00238 JLT<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; FINDINGS AND ORDER<br><br>DATE: January 16, 2024<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Jennifer L. Thurston |

   COMES NOW, Defendant, Samantha Booth, by and through her attorney of record, Monica L. Bermudez and The United States of America, by and through her counsel of record hereby stipulate as follows:

   1.   By previous order, this matter was set for change of plea on November 15, 2023.

   2.   By this stipulation, defendant now moves to continue the change of plea hearing to **January 16, 2024 at 10:00 a.m.** before the Honorable Jennifer L. Thurston, and to exclude time between the date of this stipulation and January 16, 2024 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).  The government joins in this request.

   3.   The parties agree and stipulate, and request that the Court find the following:

       a.   Counsel for defendant is unable to be present at the change of plea hearing scheduled

1

for November 15, 2023 due to her court schedule in Kern County.

     b.     The government does not object to, and agrees with, the requested continuance.

     c.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     d.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to January 16, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 7, 2023

                             /s/ Monica L. Bermudez
                             MONICA L. BERMUDEZ
                             Counsel for Defendant
                             Samantha Booth

DATED: November 7, 2023

                             /s/ Stephanie Stokman
                             STEPHANIE STOKMAN
                             Assistant United States Attorney

# O R D E R

The time period of the date of this order to January 16, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **November 7, 2023**

*[signature]*
UNITED STATES DISTRICT JUDGE