MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
SAMANTHA BOOTH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SAMANTHA BOOTH,<br><br>　　　　　　　Defendants. | CASE NO. 1:20-CR-00238 JLT-SKO-7<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: June 24, 2024<br>TIME:  9:00 A.M.<br>HONORABLE JUDGE THURSTON |

**STIPULATION**

Samantha Booth, by and through her counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order, and request of the United States Probation Office, this matter was set for sentencing on June 24, 2024, at 9:00 a.m. Counsel is requesting this matter be continued to July 29, 2024.

2. Counsel is in the process of reviewing the PSI in order to prepare and necessary objections to the PSI and to compete the sentencing memorandum.

3. I have spoken to AUSA Stephanie Stockman and USPO Ross Micheli and they have no objection to the continuance.

1

4. Counsel is requesting the following schedule:

| | |
|---|---|
| Counsel's informal objections to Presentence Report Delivered to probation and opposing counsel: | July 1, 2024 |
| Final PSI report filed with the Court and disclosed to counsel: | July 8, 2024 |
| Formal Objections to Presentence Report: | July 15, 2024 |
| Reply or Statement of Non-Opposition: | July 22, 2024 |

**IT IS SO STIPULATED.**

DATED: May 29, 2024

                                    */s/ Monica L. Bermudez*
                                    MONICA L. BERMUDEZ
                                    Counsel for Defendant
                                    Samantha Booth

DATED: May 29, 2024

                                    */s/Stephanie Stockman*
                                    Stephanie Stockman
                                    Assistant United States Attorney

## **O R D E R**

**IT IS SO ORDERED** that the sentencing set on June 24, 2024, be vacated and reset to July 29, 2024, at 9:00 a.m. It is further ordered the following documents be filed by the scheduled dates:

| | |
|---|---|
| Counsel's informal objections to Presentence Report Delivered to probation and opposing counsel: | July 1, 2024 |
| Final PSI report filed with the Court and disclosed to counsel: | July 8, 2024 |
| Formal Objections to Presentence Report: | July 15, 2024 |
| Reply or Statement of Non-Opposition: | July 22, 2024 |

IT IS SO ORDERED.

Dated: **May 29, 2024**
                                                        UNITED STATES DISTRICT JUDGE