MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1340 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
SAMANTHA BOOTH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SAMANTHA BOOTH,<br><br>　　　　　　　　Defendants. | CASE NO. 1:20-CR-00238 JLT-SKO-7<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: September 9, 2024<br>TIME: 9:00 A.M.<br>HONORABLE JUDGE THURSTON |

**STIPULATION**

Samantha Booth, by and through her counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order, this matter was set for sentencing on September 9, 2024, at 9:00 a.m.

2. Counsel for Mr. Sahagun commenced a homicide trial in the matter of *People v. Kindle, et al., BF193990A*, in the Kern County Superior Court on August 15, 2024.

3. Jury trial has been postponed until September 5, 2024, due to a defendant testing positive for COVID-19; trial is anticipated to conclude mid-September.

4. As such, counsel will be unavailable to proceed with the sentencing hearing for Ms. Booth and is requesting the matter be continued to November 4, 2024, at 9:00 a.m.

1

5. I have spoken to AUSA Stephanie Stockman and she has no objection to the continuance.

6. Counsel is requesting the sentencing be continued to

**IT IS SO STIPULATED.**

DATED: August 29, 2024

                                       */s/ Monica L. Bermudez*
                                       MONICA L. BERMUDEZ
                                       Counsel for Defendant
                                       Samantha Booth

DATED: August 29, 2024

                                       */s/Stephanie Stockman*
                                       Stephanie Stockman
                                       Assistant United States Attorney

## **O R D E R**

**IT IS SO ORDERED** that the sentencing set on September 9, 2024, be vacated and reset to **November 4, 2024, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:   **August 29, 2024**                             UNITED STATES DISTRICT JUDGE