**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1304 L St
Bakersfield, CA 93301
Tel: (661) 616-2141
monica@lawbermudez.com

Attorney for:
Samantha Booth

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00238 |
| Plaintiff, | **ORDER TO EXTEND SURRENDER DATE** |
| vs. | |
| SAMANTHA BOOTH, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO, AND STEPHANIE STOKMAN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Samantha Booth, by and through her attorney of record, MONICA L. BERMUDEZ hereby requesting that the surrender date of the defendant Samantha Booth, herein, be extended from January 13, 2025 by 12:00 p.m., to January 14, 2025 by 5:00 p.m. for the following reason(s):

Ms. Booth received notice today January 13, 2025, at 7:30 a.m. by the United States Marshals Office of her designated facility, which is Federal Correctional Institution, Phoenix. The facility is over 600 miles away as Ms. Booth currently resides in Fresno, California. Ms. Booth has made the appropriate travel accommodations to turn herself in at the designated facility in Phoenix by January 14, 2025 by 5:00 p.m.

Based on the foregoing, it is requested good cause be found to extend the surrender date to the aforementioned date.

                                                                  Respectfully Submitted,

DATED: January 13, 2025                **/s/ Monica L. Bermudez**
                                                                  MONICA L. BERMUDEZ
                                                                  Attorney for Defendant

                                                                  SAMANTHA BOOTH

## ORDER

**IT IS SO ORDERED** that the defendant's surrender date is extended to January 14, 2025

IT IS SO ORDERED.

Dated:   **January 13, 2025**                                      _/s/ Jennifer L. Thurston_
                                                               UNITED STATES DISTRICT JUDGE