**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1304 "L" St
Bakersfield, CA 93301
Tel: (661) 616-2141
monica@lawbermudez.com

Attorney for:
Samantha Booth

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00238 |
| Plaintiff, | **DEFENTDANT'S UNAPPOSED MOTION TO EXONERATE BOND; [PROPOSED] ORDER** |
| vs. | |
| SAMANTHA BOOTH, | Judge: Hon. Jennifer L. Thurston |
| Defendant | |

Defendant Samantha Booth hereby moves the court under Fed R. Crim. P. 46(g) for exoneration of the $6,000 cash bond posted on her behalf by Julie Weaver.

Ms. Booth appeared before this court on December 11, 2020, and was ordered release on conditions. (EFC Dkt # 135). Pursuant to the terms of her release (EFC Dkt # 137), on December 14, 2020, Julie Weaver, posted a $6,000 cash bond on her behalf.

1   Ms. Booth was sentenced on November 12, 2024, and ordered self-surrender to the
2   United States Bureau of Prisons (BOP) on January 13, 2025. (EFC Dkt #1383). Ms. Booth
3   successfully completed her term of pretrial supervision and surrendered to FCI Phoenix, located
4   in Phoenix AZ on January 14, 2025. She is currently serving her term of imprisonment at that
5   location.

6   Pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, since no conditions of
7   the bond remain unsatisfied Ms. Booth requests that the $6,000 cash bond be exonerated and
8   reconveyed to Julie Weaver. She requests that be mailed to an address to be provided by counsel
9   to the clerk's office.

10  On February 17, 2025, undersigned counsel confirmed with AUSA Stephanie Stockman
11  that the government does not oppose this motion.

                                                        Respectfully Submitted,

19  DATED: February 18, 2025                            **/s/ Monica L. Bermudez**
                                                        MONICA L. BERMUDEZ
20                                                      Attorney for Defendant
                                                        SAMANTHA BOOTH

**ORDER**

The Court finds that Samantha Booth has complied with the conditions of her release and that no conditions remain to be satisfied. **IT IS HERE BY ORDERED** that the clerk of the court exonerate the $6,000 cash bond in the above-captioned case and reconvey the cash to Julie Weaver who originally posted the cash bond.

Dated: February 18, 2025

Jennifer L. Thurston
Judge, United States District Court